CEDAR BROOK CORPORATION, Plaintiff, *v.* GYLMANN REALTY COMPANY et al., Defendants, and COMMERCE CORPORATION OF AMERICA, Respondent.

COMMONWEALTH BANK, Appellant.

(Submitted November 27, 1928; decided December 31, 1928.)

*Murray L. Jacobs* and *Herman N. Finkelstein* for appellant.

*Barnet Kaprow* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.